UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-CR-28 |
| vs. | ) | |
| | ) | |
| JAHALA SANDERS | ) | JUDGE COLLIER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 13, 2012, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision of U.S. Probation Officer Christa Heath and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA Anne-Marie Svolto for the USA.
(2) The defendant JAHALA SANDERS.
(3) Attorney Myrlene Marsa for defendant.
(4) Deputy Clerk Kelli Jones.
(5) Probation Officer Christa Heath.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Federal Defender Services of Eastern Tennessee, Inc. was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with her attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Svolto called USPO Christa Heath as a witness and moved that the defendant be detained pending the revocation hearing.

Findings

(1) Based upon USPO Heath's testimony, the undersigned finds there is probable cause to believe defendant has committed violations of her conditions of supervised release as alleged or set forth in the Petition.

1

(2) The defendant has not carried her burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail she will not flee or will not pose a danger to the community.

Conclusions

It is ORDERED:

(1) The motion of AUSA Svolto that the defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier on **Thursday, September 6, 2012, at 9:00 am.**

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE